IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE PATTERSON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | Case No.: 1:14-cv-00321-KD-B |
| | * | |
| **EXPERIAN INFORMATION** | * | |
| **SOLUTIONS, INC.; TRANS UNION,** | * | |
| **LLC; INTUIT PAYMENTS, INC.** | * | |
| **CONSOLIDATED RECOVERY** | * | |
| **GROUP, LLC** | * | |
| | * | |
| Defendants. | * | |

_____

## JOINT STIPULATION OF DISMISSAL
_____

COME NOW, the Parties in this action, through undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the immediate dismissal of this action, with prejudice, as to the claims of the Plaintiff, George Patterson, each party to bear their costs, based upon the reconciliation and settlement of all issues reached by the Parties.

DATED this the 11th day of December, 2014.

| | |
|---|---|
| /s/ James D. Patterson | /s/ Leilus Jackson Young, Jr. |
| James D. Patterson | Leilus Jackson Young , Jr. |
| Attorney for George Patterson | Attorney for Experian Information Solutions |
| Underwood & Riemer, P.C. | Ferguson Frost & Dodson, LLP |
| 166 Government Street Suite 100 | 2500 Acton Road, Suite 200 |
| Mobile, AL 36602 | Birmingham, AL 35243 |
| Telephone: 251-432-9212 | Telephone: 205-879-8722 |

2

/s/ Jeffrey Uhlman Beaverstock
Jeffrey Uhlman Beaverstock
Attorney for Trans Union, LLC
Burr & Forman LLP
P.O. Box 16046
Mobile, AL 36616
Telephone: 251-344-5151

/s/ Douglas L. McCoy
Douglas L. McCoy
Attorney for Intuit Payment Solutions
Hand Arendall, L.L.C.
P. O. Box 123
Mobile, AL 36601
Telephone: 334-432-5511

/s/ Stephen Walden
Stephen Walden
Attorney for Consolitated Recovery Group
425 West Fifth Avenue
Escondido, CA 92025
Telephone: 760-738-4750